# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:00CR00130-003 |
| JUAN JOSE VALLADARES-HELGUERA ) | USM No: 16312-058 |
| Date of Previous Judgment: 12/19/2002 ) | None |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __Life (Ct. 1)__ months **is reduced to** __360 months (Ct. 1)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __44__     Amended Offense Level: __42__
Criminal History Category: __I__    Criminal History Category: __I__
Previous Guideline Range: __Life__ to __Life__ months   Amended Guideline Range: __360 months.__ to __life__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain): *The defendant is also serving a concurrent sentence of 20 years (240 months) for a violation of 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __12/19/2002__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __September 15, 2009__

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge